JUL 2 ⊃ 2023

Clerk, U.S. Courts
District of Montana
Missoula Division

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
### (Convicted Montana Prisoners Only)

### In the United States District Court for the District of Montana

Missoula Division

(Please see Instruction 6.)

| Name of Petitioner:<br>LOGAN DALLAS CHRISTOPHER | vs. | Name of Respondent (Warden or Supervising Officer):<br>Warden Jim Salmonson<br><br>and the Attorney General<br>of the State of Montana |
|---|---|---|
| Prisoner No.:<br>3028903 | Place of Confinement:<br>Montana State Prison | (Clerk Use Only): |

### Instructions – Read Carefully

1. Use this form if you challenge the fact or duration of your custody under the authority of the State of Montana. Even if you believe 28 U.S.C. § 2254 does not apply, please use this form and answer its questions.

2. Your petition must be legibly handwritten or typed. You must tell the truth and sign the form. You may be prosecuted for perjury and/or one or more claims may be dismissed if you falsely state a material fact. *Answer all the questions.* You are not necessarily required to answer "yes" to all questions in order to proceed.

3. Use additional pages if necessary to state grounds for relief and/or facts you rely on to support relief. No brief or authorities need be furnished. If you choose to file a brief, please file it with your petition, but make it a separate document.

4. The filing fee is $5.00. If you cannot afford it, you may move to proceed in forma pauperis. Even if the motion is granted, you must pre-pay for copies of documents you request from the Clerk.

5. You must set forth all grounds for relief you want the Judge to review and facts supporting your grounds for relief. You will likely be barred from presenting different grounds at a later date. Generally, you must exhaust available state court remedies as to each ground before you request action by the federal court. The one-year federal statute of limitations is tolled while you are challenging the judgment underlying this petition in *state* court, provided you comply with state procedural law and rules. *See* 28 U.S.C. § 2244(b), (d).

6. You are not required to serve this petition on the State. Mail the *original* petition to the Court with either the $5.00 filing fee or a motion to proceed in forma pauperis. Keep a copy for your files. If you challenge a decision of the Parole Board, file in the Helena Division. Otherwise, file where you were convicted:

<u>Billings Division</u>: *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
U.S. District Court Clerk, 2601 2nd Ave. North, Suite 1200, Billings, MT 59101

<u>Butte Division</u>: *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
U.S. District Court Clerk, Mike Mansfield Courthouse, 400 N. Main, Butte, MT 59701

<u>Great Falls Division</u>: *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties*
U.S. District Court Clerk, Missouri River Courthouse, 125 Central Ave. West, Great Falls, MT 59404

<u>Helena Division</u>: *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties*
U.S. District Court Clerk, Paul G. Hatfield Courthouse, 901 Front St., Ste. 2100, Helena, MT 59626

<u>Missoula Division</u>: *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, Sanders*
U.S. District Court Clerk, Russell Smith Courthouse, P.O. Box 8537, Missoula, MT 59807

## PETITION

1. Name of the state district court that entered the judgment you challenge:

Montana Twenty-First Judicial District Court, Ravalli County

2. Date written judgment was entered or, if unknown, sentencing date:

Sentencing Date: July 15, 2020

*Petitioner's Last Name* <u>CHRISTOPHER</u>

*Petitioner's Last Name* CHRISTOPHER

*Petition for Writ of Habeas Corpus*
*Page 1 of 8*

3.    What were you convicted of, or on what grounds was your probation revoked?

*2 count Deliberate Homicide; 1 count Attempted Deliberate Homicide*
*1 count Criminal Endangerment; 1 count Possession with intent to*
*Distribute*

4.    What sentence was imposed?

*3 Life Sentences running Concurrently; 10 years running*
*Consecutively; 10 years running Consecutively.*

5.    What was your plea?

   (a)    Not guilty            ☐
   (b)    Guilty                 ☒
   (c)    Nolo contendere or *Alford*    ☐

   If you pleaded guilty or entered a nolo contendere or *Alford* plea on all counts,
   or if you entered such a plea on one or more counts and all other counts were
   dismissed, please go to Question Number 6. If you entered a guilty plea to one
   or more counts, and maintained a not guilty plea on another count, please state
   your plea on each count:

6.    Did you appeal your conviction or sentence to the Montana Supreme Court?

   *Case No - DA 23-0148    Filed - 3/14/2023*

   Yes ☒    → *Case Number and Date of Result:*
   ~~No~~ ☒    *I Filed an out of time appeal and it was*
                *Denied.*

7.    Did you apply for relief to the Sentence Review Division?

   Yes ☐    → *Case Number and Date of Result:*
   No ☒

8.    Did you file a petition for certiorari in the United States Supreme Court?

   Yes ☐    → *Case Number and Date of Result:*
   No ☒

9.    Did you file in <u>state district court</u> a petition for postconviction relief?

   Yes ☐    → *Case Number and Date of Filing:*
   No ☒

*Petitioner's Last Name* CHRISTOPHER

10. Did you appeal the denial of any postconviction petition?

    Yes ☐   → *Case Number and Date of Result:*
    No ☒

11. If you did not appeal the denial of any postconviction petition, explain briefly why you did not:

12. Have you filed in the <u>Montana Supreme Court</u> a petition for writ of habeas corpus?

    Yes ☐   → *Case Number and Date of Result:*
    No ☒

13. State each ground on which you claim that you are being held unlawfully (*e.g.*, Ground One: Confrontation Clause violation). Briefly summarize the facts supporting each ground and answer the questions following:

A. Ground One: *See Attached Supplement Brief.*

  (i) Supporting Facts:

  (ii) Did you raise this issue in the Montana Supreme Court on direct appeal?

    Yes     ☐
    No     ☒

  If Yes, what did the Montana Supreme Court decide? Check one or both:

  Dismissed issue on procedural grounds   ☐
  Denied issue for lack of merit   ☐

(iii)   Did you raise this issue in a postconviction appeal or in a petition for writ of habeas corpus in the Montana Supreme Court?

Yes   ☐ → *Case Number and Date of Result:*
No    ☒

If Yes, what did the Montana Supreme Court decide? Check one or both:

Dismissed issue on procedural grounds   ☐
Denied issue for lack of merit           ☐

(iv)   Did you ask the Montana Supreme Court to consider federal law in its decision?

Yes   ☐
No    ☒

(v)   If your answer to any of (ii), (iii), or (iv) is No, explain briefly why not:

I am not a lawyer, and did not know the Legal Process.

B. Ground Two:

(i) Supporting Facts:

N/A

(ii)   Did you raise this issue in the Montana Supreme Court on direct appeal?

Yes   ☐
No    ☒

If Yes, what did the Montana Supreme Court decide? Check one or both:

Dismissed issue on procedural grounds ☐
Denied issue for lack of merit ☐

(iii) Did you raise this issue in a postconviction appeal or in a petition for writ of habeas corpus in the Montana Supreme Court?

Yes ☐ →*Case Number and Date of Result:*
No ☒

If Yes, what did the Montana Supreme Court decide? Check one or both:

Dismissed issue on procedural grounds ☐
Denied issue for lack of merit ☐

(iv) Did you ask the Montana Supreme Court to consider federal law in its decision?

Yes ☐
No ☒

(v) If your answer to any of (ii), (iii), or (iv) is No, explain briefly why not:

*If you have additional grounds for relief, please attach extra pages.*
*Set forth five subparagraphs for each additional ground for relief*
*and answer questions (i) thru (v) above for each ground.*

14. Do you have an action or appeal now pending in any court, state or federal, regarding the judgment or decision you challenge in this Petition?

Yes ☐ →*Case Number and Date of Filing:*
        *Name of Court:*
No ☒

If Yes, what issues do you raise in that case?

15.    Give the name of the attorney who represented you in the following stages:

   (a)    At change of plea hearing or at trial (whichever is applicable):

        Sarah K. Busch

   (b)    At sentencing:

        Sarah K. Busch

   (c)    On appeal:

   (d)    In any post-conviction proceeding in state district court:

                                 Self-Represented ☐

   (e)    On appeal from any adverse ruling in a post-conviction proceeding:

                                 Self-Represented ☐

   (f)    In any state habeas proceeding:

                                 Self-Represented ☐

16.    Petitioner asks the Court to grant the following relief: That because a gross miscarriage of justice occurred, I am requestin relief sot in my Supplement Brief. As well as the dismissal of my fines set by the court.
and/or any other relief to which Petitioner may be entitled.

                                 _____

                                 Signature of Petitioner's Attorney (if any)

### Petitioner's Declaration

A.    I am the Petitioner in this case. I understand the submission of a false statement or false answer to any question may subject me to penalties for perjury. I declare under penalty of perjury that I have read this Petition, and the information I have set forth is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

B.    I will keep the Court informed of my current mailing address. I understand

that failure to do so may result in dismissal of my case without actual notice to me.

C.      *Incarcerated Prisoners Only:* This Petition was deposited in the prison system for legal mail on:

the  10  day of  July  , 20 23 .

*Logan Christopher*
Petitioner's Signature

7/10/2023
Date Signed

Revised Aug. 2012