UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LOGAN DALLAS CHRISTOPHER,<br><br>Petitioner,<br><br>vs.<br><br>JIM SALMONSEN, ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondents. | Case No. CV-23-86 -M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 5), Judgment is entered in favor of Respondents.

Dated this 2nd day of November 2023.

TYLER P. GILMAN, CLERK


By: /s/ H. G
H. G, Deputy Clerk